Before WALLACE, NORRIS and THOMPSON, Circuit Judges.

## ORDER

The mandate of the United States Supreme Court certified on April 16, 1990, in *United States v. Verdugo–Urquidez,* No. 88–1353, reversed the judgment of this court. Accordingly, we vacate our opinion at 856 F.2d 1214 (9th Cir.1988), reverse the district court, and remand to the district court for further proceedings which are consistent with the opinion of the Supreme Court.

**Timothy HAMMER, Plaintiff–Appellee,**

v.

**Charles GROSS; Armando Zatarain; Newport Beach City, Defendants–Appellants.**

**Linda Delapena, et al., Defendant.**

**Timothy HAMMER, Plaintiff–Appellant,**

v.

**Charles GROSS; Armando Zatarain; Newport Beach City, Linda Delapena, et al., Defendants–Appellees.**

Nos. 87–6682, 88–5638.

United States Court of Appeals, Ninth Circuit.

May 16, 1990.

Before GOODWIN, Chief Judge, BROWNING, WALLACE, HUG, TANG SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON, O'SCANNLAIN, LEAVY, TROTT, FERNANDEZ, and RYMER, Circuit Judges.

---

\* The panel finds this case appropriate for submission without oral argument pursuant to Ninth

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.

**HARRAH'S CLUB, a Nevada corporation, Plaintiff–Appellee,**

v.

**Toshi VAN BLITTER, Defendant–Appellant.**

No. 88–15373.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 7, 1990 \*.

Decided May 17, 1990.

As Amended on Denial of Rehearing July 10, 1990.

---

Circuit Rule 34–4 and Fed.R.App.P. 34(a).